# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Case Number: CR 19 00145
U.S.A. v. LIU CAI
[✓] Indictment  [ ] Information

Defendant Number: One
Year of Birth: 1995
Investigative agency (FBI, DEA, etc.): HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: February 14, 2015 to October 29, 2016

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles  [ ] Ventura
[✓] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other _____

Citation of Offense: 18 U.S.C. 371, 18 U.S.C. 1543, 18 U.S.C. 1028A(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No  [ ] Yes
If "Yes," Case Number: _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented? [✓] No  [ ] Yes
IF YES, provide Name: N/A
Phone Number: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?** [ ] Yes  [✓] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A

Case Number: N/A

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

FILED 2019 MAR -8 PM 1:20 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☑ Alien

Alias Name(s)  Leo Cai

This defendant is charged in:
☐ All counts
☑ Only counts: 1, 2-6, and 21

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud  ☐ public corruption
☐ government fraud  ☐ tax offenses
☐ environmental issues  ☐ mail/wire fraud
☐ narcotics offenses  ☑ immigration offenses
☐ violent crimes/firearms  ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  03/08/2019

Signature of Assistant U.S. Attorney
KYLE J. RYAN, Special Assistant U.S. Attorney
Print Name

CR-72 (12/17)  CASE SUMMARY  Page 2 of 2